IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
MAY 0 4 2005
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

F&G RESEARCH, INC. §
§
Plaintiff, §
§
V. §   CAUSE NO. 1:04CV585-SS
§   JURY
DELL COMPUTER CORPORATION §
§
Defendant. §
§

## STIPULATION OF DISMISSAL

Plaintiff F&G Research, Inc. and Defendant Dell Inc. file this stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

1. On September 9, 2004, Plaintiff filed this suit against Defendant.

2. Plaintiff now moves to dismiss this suit. Defendant, who has answered, agrees and stipulates to this dismissal.

3. This case is not a class action, and a receiver has not been appointed.

4. This action is not governed by any statute of the United States that requires an order of the Court for dismissal of this case.

5. Plaintiff has not dismissed an action based upon or including the same claim or claims as those presented in this suit.

6. This dismissal is with prejudice.

7. A proposed order granting this stipulation is attached.

Respectfully submitted,

_____
Paul A. Pilibosian
Texas Bar No. 24007846
1330 Post Oak Blvd., Suite 2800
Houston, Texas 77056
(713)980-4382 office
(713)980-1179 facsimile

Attorney for Plaintiff F&G Research, Inc.

OF COUNSEL:

Michael J. Stanley
Texas Bar No. 19046600
Stanley Phillips, L.L.P.
1330 Post Oak Blvd., Suite 2800
Houston, Texas 77056
(713)980-4382 office
(713)980-1179 facsimile

and

Allen D. Brufsky, Esq.
Fla. Bar No. 133,980
Christopher & Weisberg, P.A.
200 East Las Olas Boulevard, Suite 2040
Fort Lauderdale, FL 33301
(954)828-1388 office
(954)828-9122 facsimile

Willem G. Schuurman
Attorney-in-Charge
Texas State Bar No. 17855200
David B. Weaver
Texas State Bar No. 00798576
VINSON & ELKINS, L.L.P.
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, Texas 78746
(512)542-8651 (phone)
(512)236-3476 (fax)

Attorneys for Dell Inc.

## CERTIFICATE OF SERVICE

I certify that a copy of this *Stipulation of Dismissal* has been sent to all counsel of record via certified mail, return receipt requested on this 2nd day of ~~April~~ May 2005.

Willem G. Schuurman
David B. Weaver
VINSON & ELKINS, L.L.P.
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, Texas 78746

Allen D. Brufsky, Esq.
Christopher & Weisberg, P.A.
200 East Las Olas Boulevard, Suite 2040
Fort Lauderdale, FL 33301

PAUL A. PILIBOSIAN